AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Michael Coaxum

**SUMMONS IN A CIVIL ACTION**

V.

City of New York, Anil Sugrim, Joseph Licalzi, and John and Jane Does 1-10

CASE NUMBER: 07 CV 11506

JUDGE

TO: (Name and address of Defendant)

Joseph Licalzi (Tax 918619)
c/o NYPD Transit Bureau Bronx Task Force

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 2 1 2007

CLERK                                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 16, 2008 at 1:20pm |
| NAME OF SERVER (PRINT) <br> Luis Agostini | TITLE <br> Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD Transit Bureau Bronx Task Force 460 Morris Park Ave Bronx, NY 10468

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Sgt. Burke #2802, co-worker of the defendant. M, W, Br/Balding, 45, 6'2, 270

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 16, 2008
Date

X [signature] Luis Agostini - 1027732
Signature of Server

365 Ford Street Bronx, NY 10457
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.