UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL COAXUM,

                Plaintiff,

        -v-

CITY OF NEW YORK, ANIL SUGRIM, JOSEPH LICALZI, and JOHN and JAN DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                Defendants.

-----------------------------------------------------------------X

07 CIV. 11506 (DLC) (MHD)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute*

    _____

    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED: New York, New York
         April 14, 2008

                                          _____
                                          DENISE COTE
                                          United States District Judge