```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
MICHAEL COAXUM,                            :
                        Plaintiff,         :   07 CIV. 11506 (DLC)
                                           :
          -v-                              :   PRETRIAL
                                           :   SCHEDULING ORDER
CITY OF NEW YORK, ANIL SUGRIM, JOSEPH      :
LICALZI, and JOHN and JAN DOE 1 through    :
10, individually and in their official     :
capacities, (the names John and Jane       :
Doe being fictitious, as the true names    :
are presently unknown),                    :
                                           :
                        Defendants.        :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 4-14-08

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 11, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **April 25, 2008** in order to pursue settlement discussions under his supervision.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **April 25, 2008.**

3. No additional parties may be joined or pleadings amended after **May 9, 2008.**

4. All fact discovery must be completed by **October 10, 2008.**

5. The Joint Pretrial Order must be filed by **November 21, 2008.**

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         April 14, 2008

                                        _____
                                                 DENISE COTE
                                        United States District Judge