```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
MICHAEL COAXUM,                    :
                                   :
            Plaintiff,             :           ORDER
                                   :
       -against-                   :   07 Civ. 11506 (DLC)(MHD)
                                   :
CITY OF NEW YORK, et al.,          :
                                   :
            Defendants.            :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, MAY 22, 2008, AT 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       April 22, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Brett Harris Klein, Esq.
Leventhal & Klein, LLP
45 Main Street
Suite 230
Brooklyn, NY 11201

Karl Joseph Ashanti, Esq.
New York City Law Department
100 Church Street
New York, NY 10007