UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MICHAEL COAXUM,                         :
                           Plaintiff,   :
                                        :   07 Civ. 11506 (DLC)
         -v-                            :
                                        :   ORDER OF
CITY OF NEW YORK, ANIL SUGRIM, JOSEPH   :   DISCONTINUANCE
LICALZI, and JOHN and JANE DOE 1        :
through 10, individually and in their   :
official capacities, (the names John    :
and Jane Doe being fictitious, as the   :
true names are presently unknown),      :
                           Defendants.  :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   SO ORDERED:

Dated:   New York, New York
         June 3, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08